UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JUDY Y. BOND                                          CIVIL ACTION

VERSUS                                                NO. 08-4125

MICHAEL J. ASTRUE,                                    SECTION "S" (3)
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION

**O R D E R**

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and plaintiff's objections thereto, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the Commissioner's Motion for Summary Judgment is **GRANTED**, the Plaintiff's Motion for Summary Judgment is **DENIED** and that the plaintiff's complaint be and is hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 2nd day February, 2010.

**UNITED STATES DISTRICT JUDGE**